CHRISTOPHER J. MCCLINTOCK, VA Bar No. 68417
ARLENE M. EMBREY, FL Bar No. 0125539
Trial Attorney
Office of General Counsel
U.S. Small Business Administration
409 Third St., S.W.
Washington, D.C. 20416
Telephone: (202) 205-7715
Facsimile: (202) 481-5497
christopher.mcclintock@sba.gov

Attorneys for Plaintiff and Court-Appointed Receiver for CVP SBIC, L.P.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CVP SBIC, L.P. ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 3:16-cv-2213-JCS <br><br> [~~PROPOSED~~] ORDER APPROVING THE FORM AND MANNER OF NOTICE TO CLAIMANTS AND ESTABLISHING A CLAIMS BAR DATE <br><br> Hearing Date: ~~Friday, February 3, 2017~~ <br> Hearing Time: ~~9:30 a.m.~~  VACATED |

Upon full consideration of the Motion of the U. S. Small Business Administration as Receiver ("Receiver") for CVP SBIC, L.P. ("CVP") for Entry of an Order Approving the Form and Manner of Notice to Claimants and Establishing a Claims Bar Date, and this Court being duly advised as to the merits,

**IT IS HEREBY ORDERED THAT:**

1. The Receiver's Motion for Entry of an Order Approving the Form and Manner of Notice to Claimants and Establishing a Claims Bar Date is GRANTED;

2. Following the entry of this Order, the Receiver is Ordered to send notices,

Page 1

[~~PROPOSED~~] ORDER APPROVING FORM AND MANNER OF NOTICE TO CLAIMANTS AND ESTABLISHING A CLAIMS BAR DATE, No. 3:16-cv-2213-JCS

substantially in the form set forth as Exhibit A hereto, via first-class mail, postage prepaid, to those persons or entities, other than the U. S. Small Business Administration ("SBA"), which the Receiver has reason to believe are creditors, agents, former directors or officers, employees, participant investors or lenders with CVP portfolio concerns or limited partners of CVP, and to any other persons or entities who have, during the term of the receivership, asserted a claim (of whatever kind or merit) against CVP, the Receivership estate, or assets or funds in the possession of the Receiver;

3.   The Receiver is further ORDERED to publish notice, substantially in the form set forth in Exhibit A hereto, once each week for two weeks in the San Francisco Chronicle and the Mercury News, newspapers of general circulation.

4.   This Court further ORDERS and finds that notice provided in the form and manner described in Paragraphs 2 and 3 of this Order is reasonable notice, under the circumstances, to persons or entities who may have claims against CVP, the Receivership Estate, or assets or funds in the possession of the Receiver;

5.   All persons or entities having claims against CVP, the Receivership Estate, or assets or funds in the possession of the Receiver, other than the U.S. Small Business Administration and parties contracted or retained by the U.S. Small Business Administration as Receiver, are ORDERED to file such claims in writing and in the form prescribed in paragraph 6 of this Order with the receiver, c/o James Adams, Principal Agent for SBA as Receiver of CVP SBIC, L.P., 1100 G Street, N.W., 11th Floor, Washington, D.C. 20005, within 30 days of the last day of notice by publication, which date will be stated in the mailed and published notices;

6.   In setting forth a claim against CVP, the Receivership estate, or assets or funds in the possession of the Receiver, all persons and entities are ORDERED to state in writing: (1) the full name, address and telephone number of the claimant; (2) the amount of the claim, (3) the specific grounds for each claim, and (4) the date on which the obligation was allegedly incurred by CVP.  All such persons or entities are further ORDERED to provide, at the time of filing such written claims, (5) any and all documents or other materials which the claimant believes supports the claim or might assist the Receiver in evaluating the claim;

Page 2

[PROPOSED] ORDER APPROVING FORM AND MANNER OF NOTICE TO CLAIMANTS AND ESTABLISHING A CLAIMS BAR DATE, No. 3:16-cv-2213-JCS

7. In the event that the Receiver recommends denial of any claim(s), it is ORDERED that the Receiver is authorized and directed to move for summary disposition of said claim(s) and to furnish a copy of the moving papers to the claimant(s); in such case the claimant(s) may respond within 30 days, serving a copy of its response on the Receiver, and the Court will resolve said claim(s) expeditiously through a summary procedure that the Court will determine at that time; and

8. To give effect to the claims bar date established in Paragraph 5 of this Order, by which date claims must be filed or shall forever be barred, it is further ORDERED that any person or entities, other than the U.S. Small Business Administration and parties contracted or retained by the U.S. Small Business Administration as Receiver, which fail to file a claim against CVP, the Estate, or assets or funds in the possession of the Receiver, in the form and by the time and date required by this Order, shall be forever barred and permanently enjoined from asserting, pursuing or prosecuting any such claims, of any kind or nature, whether now known or unknown, against CVP, its Receiver, their successors or assigns, or against assets or funds in the possession of the Receiver.

9. This case is now administratively closed. The Receiver may move to re-open the case at a later time, if necessary, for further proceedings.

**SO ORDERED**, this __1st__ day of __Feb.__, 2017.



_____
Hon. Joseph C. Spero
Chief Magistrate Judge

IT IS SO ORDERED
Judge Joseph C. Spero

Page 3

[PROPOSED] ORDER APPROVING FORM AND MANNER OF NOTICE TO CLAIMANTS AND ESTABLISHING A CLAIMS BAR DATE, No. 3:16-cv-2213-JCS

**EXHIBIT A**

NOTICE TO ALL CREDITORS OR CLAIMANTS OF CVP SBIC, L.P.

By Order of the United States District Court for the Northern District of California, San Francisco Division, entered Feb. 1, 2017, all persons or entities who wish to assert a claim against CVP SBIC, L.P. ("CVP") must do so by filing a written claim with the Receiver on or before Day, Month, Date, 2017. All previously submitted claims against CVP or its Receiver must be resubmitted in accordance with this Notice.

CVP is a Delaware Limited Partnership, and a Small Business Investment Company ("SBIC") licensed by the U.S. Small Business Administration ("SBA"). CVP has been in receivership since June 27, 2016 by Order of the Court identified above, entered in Civil Action No. 3:16-cv-2213-JCS, captioned United States v. CVP SBIC, L.P. SBA is CVP's court-appointed Receiver.

Any person or entity asserting a claim against CVP or its assets or funds in the hands of the Receiver, must do so in writing, and forward such claim to:

> SBA, Receiver for CVP SBIC, L.P.
> c/o James Adams, Principal Agent for the Receiver
> 1100 G Street, N. W., 11th Floor
> Washington, D. C. 20005
> Attn: Stephanie Sheridan, Administrative Agent for the Receiver
> (202) 272-3617

Claims must be received no later than 5:00 p.m. E.S.T., Day, Month, Date, 2017.

Your claim must state: (1) the full name, address, e-mail address, and telephone number of the claimant; (2) the amount of the claim; (3) the specific grounds for each claim; (4) the date on which the obligation was allegedly incurred by CVP or the Receiver; and (5) you must attach all other documents or materials which support the claim, or which the Receiver might require in evaluating the claim. If you fail to provide any of the specific information, your claim will be deemed incomplete and untimely.

Failure to present a complete and timely claim to the Receiver on or before Day, Month, Date, 2017, will result in your claim being forever barred, and you will not thereafter be able to make a claim against CVP, or any other assets or funds in the possession of the Receiver.

> U. S. SMALL BUSINESS ADMINISTRATION
> As Receiver for CVP SBIC, L.P.